IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02751-ZLW

JERRY L. MASKE,

     Petitioner,
v.

AURORA ANIMAL CARE,

     Respondent.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

     This Court, in the above entitled proceedings, has rendered an Order denying Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 and dismissing the case. The Court has reviewed the record which conclusively shows that Petitioner is entitled to no relief. The reasons stated in the Order Directing Clerk to Commence Civil Action and Dismissing the Action, which was filed on November 24, 2009, are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because Petitioner has not made a substantial showing of the denial of a constitutional right. It is, therefore,

     ORDERED that no certificate of appealability will issue.

     DATED at Denver, Colorado this 9th day of December, 2009.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK,
Senior Judge United States District Court